NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRIS A. SOULE,                              )
                                             )
                Appellant,                   )
                                             )
v.                                           )     Case No. 2D18-4582
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.



PER CURIAM.


                Affirmed.




CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.